UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. OLUPONMILE ABOYEJI, STATE OF FLORIDA ex rel. OLUPONMILE ABOYEJI, STATE OF GEORGIA ex rel. OLUPONMILE ABOYEJI, STATE OF LOUISIANA ex rel. OLUPONMILE ABOYEJI, STATE OF OKLAHOMA ex rel. OLUPONMILE ABOYEJI, STATE OF TEXAS ex rel. OLUPONMILE ABOYEJI, STATE OF WISCONSIN ex rel. OLUPONMILE ABOYEJI, and OLUPONMILE ABOYEJI, individually, <br><br> Plaintiffs, <br> v. <br><br> CVS HEALTH CORP. (fka CVS CAREMARK CORP.), and CVS PHARMACY, INC., <br><br> Defendants. | No. 19 C 7182 <br><br> Chief Judge Pallmeyer <br><br> **FILED IN CAMERA AND UNDER SEAL** |

## ORDER

This case having come before the court on the United States' notice of election to decline intervention pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), and its notice of consent to relator's voluntary dismissal pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), and the court being fully advised, the court FINDS as follows:

1. The complaint is unsealed;

2. All other contents of the court's file in this action remain under seal and will not be made public, except for this order and the United States' notice of election to decline intervention and notice of consent to relator's voluntary dismissal;

3.  The seal be lifted as to all other matters occurring in this action after the date of this order;

4.  The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States as provided for in 31 U.S.C. § 3730(c)(3). The United States is entitled to reinstate this action, for good cause, at any time;

5.  The parties shall serve all notices of appeal upon the United States; and

6.  All orders of this court shall be sent to the United States.

E N T E R:

                                                                         */s/ Rebecca R. Pallmeyer*
Chief Judge Rebecca Pallmeyer
United States District Court

Dated: October 10, 2023